**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **HOMETRUST BANK,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. 1:23-cv-16108 |
| v. | ) | |
| | ) | |
| **WALL STREET LOGISTICS, INC.** and | ) | |
| **NIKOLA STRBAC,** | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR ENTRY OF STIPULATED JUDGMENT**

COME NOW Plaintiff HomeTrust Bank ("Plaintiff") and Defendants Wall Street Logistics, Inc. and Nikola Strbac (collectively, "Defendants"), by and through their undersigned counsel, and for their Agreed Motion for Entry of Stipulated Judgment, respectfully state as follows:

1. On November 20, 2023, Plaintiff filed its Complaint (Doc. 1) in the above-captioned case.

2. The parties engaged in settlement discussions.

3. The parties entered into a settlement agreement effective July 17, 2026 ("Settlement Agreement").

4. The Settlement Agreement provides that a stipulated final judgment shall be entered in this case, pursuant to which: (i) a money judgment shall be entered in favor of Plaintiff and against Defendants (the "Stipulated Judgment"); and (ii) execution of the Stipulated Judgment shall be stayed so long as Defendants comply with the payment obligations set forth in the Settlement Agreement.

5. In connection with the Settlement Agreement, the parties executed a proposed Stipulated Judgment, a true and correct copy of which will be provided to the Court via e-mail, copying all counsel of record.

6. This motion is agreed by all parties.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court: (a) enter the proposed Stipulated Judgment; (b) strike all future hearings and deadlines; and (c) grant the parties such further relief as the Court deems just and appropriate.

Dated: August 10, 2026

Respectfully submitted,

JENKINS & KLING, P.C.

By: /s/ *Katherine I. McLaughlin*
Katherine I. McLaughlin, #6328763
150 N. Meramec Ave., Ste. 400
St. Louis, MO 63105
(314) 721-2525 ph.
(314) 721-5525 fax
kmclaughlin@jenkinskling.com

and

CHUHAK & TECSON, P.C.
Michael W. Debre, #6296197
120 S. Riverside Plaza, Suite 1700
Chicago, IL 60606
(312) 855-4603 ph.
(312) 444-9027 fax
mdebre@chuhak.com

Attorneys for Plaintiff HomeTrust Bank

OSTOJIC & SCUDDER, LLC

By: /s/ *John R. Ostojic*
5702 Astony Court
Hinsdale, Illinois 60521
(312) 404-3748

john@ostojiclaw.com
Attorneys for the Defendants

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she caused a true and correct copy of the foregoing document to be served upon all counsel of record via the CM/ECF filing system for the United States District Court for the Northern District of Illinois on August 10, 2026.

/s/ Katherine I. McLaughlin